DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar #161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERIC MOHTADI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIC MOHTADI,<br><br>　　　　　Defendant. | CASE NO. CR-S-11-530 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**<br><br>Date:　March 29, 2012<br>Time:　9:00 a.m.<br>Judge:　Morrison C. England, Jr. |

　　　It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, ERIC MOHTADI, by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Friday, March 2, 2012, be continued to Thursday, March 29, 2012, at 9:00 a.m.

　　　The reason for this continuance is because the parties have conferred and agree that additional time is needed for defense preparation and for meetings between the parties with the goal being to resolve the case by way of a disposition.

　　　It is further stipulated that the time period from the date of this stipulation, February 27, 2012, through and including the date of the new status conference hearing, March 29, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

///

///

counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 27, 2012

    Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| By: | |
| */s/ Matthew C. Bockmon for*<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERIC MOHTADI |

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 2, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, March 2, 2012, be vacated and that the case be set for **Thursday, March 29, 2012, at 9:00 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 2, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, February 27, 2012, through and including March 29, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2