1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   Matthew C. Bockmon, Bar #161566
    Assistant Federal Defender
3   801 I Street, 3rd. Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    ERIC MOHTADI
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )   CASE NO. 2:11-cr-00530 MCE
                                            )
12                 Plaintiff,               )   **STIPULATION AND ORDER TO CONTINUE**
                                            )   **CHANGE OF PLEA HEARING AND TO**
13          v.                              )   **EXCLUDE TIME PURSUANT TO THE**
                                            )   **SPEEDY TRIAL ACT**
14   ERIC MOHTADI,                          )
                                            )   Date:   June 14, 2012
15                 Defendant.               )   Time:   9:00 a.m.
                                            )   Judge: Morrison C. England, Jr.
16   _____ )

17        It is hereby  stipulated and agreed to between the United States of America through Jason Hitt,

18   Assistant U.S. Attorney, and defendant, ERIC MOHTADI, by and through his counsel, Matthew C. Bockmon,

19   Assistant Federal Defender, that the change of plea hearing set for Thursday, May 24, 2012, be vacated and

20   a new change of plea hearing date of Thursday, June 14, 2012, at 9:00 a.m., be set.

21        The reason for this continuance is because a proposed plea agreement is forthcoming from the

22   government and defense counsel needs additional time review the plea agreement with the client once it is

23   received.

24   ///

25   ///

26   ///

27   ///

28   ///

1    It is further stipulated that the time period from the date of this stipulation, May 23, 2012, through and

2  including the date of the new change of plea hearing, June 14, 2012, shall be excluded under the Speedy Trial

3  Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with

4  the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh

5  the best interests of the public and the defendant in a speedy trial.

6  DATED:  May 23, 2012

7          Respectfully submitted,

8
   BENJAMIN B. WAGNER                          DANIEL J. BRODERICK
9  United States Attorney                      Federal Defender

10  By:

11  */s/ Matthew C. Bockmon for*                */s/ Matthew C. Bockmon*
    JASON HITT                                  MATTHEW C. BOCKMON
12  Assistant U.S. Attorney                     Assistant Federal Defender
    Attorney for United States                  Attorney for Defendant
13                                              ERIC MOHTADI

14

15

16

17

18

19

20

21

22

23

24  ///

25  ///

26  ///

27

28
                                                2

1

## **O R D E R**

2      Based on the reasons set forth in the stipulation of the parties filed on May 29, 2012, and good cause

3   appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

4   that the change of plea hearing currently scheduled for Thursday, May 24, 2012, be vacated and that the case

5   be set for **Thursday, June 14, 2012, at 9:00 a.m.**  The Court finds that the ends of justice served by granting

6   such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly,

7   IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 29, 2012, stipulation, the time

8   within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the

9   time period from the date of this stipulation, May 23, 2012, through and including June 14, 2012, pursuant to

10   18 U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

11      IT IS SO ORDERED.

12   Dated:  May 29, 2012

13

14   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3