DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ERIC MOHTADI

IN THE UNITED STATES DISTRICT COURT

Cr

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-530 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING, TO EXCLUDE TIME, AND FOR A PRE-PLEA REPORT |
| v. | |
| ERIC MOHTADI, | Date: September 27, 2012<br>Time: 9:00 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

This case is currently scheduled for change of plea hearing on Thursday, August 9, 2012. The parties are prepared to enter into a plea agreement, however, given Mr. Mohtadi's criminal history and the uncertainly as to whether he qualifies for career offender status, the parties agree that a pre-plea guidelines calculation report re Career Offender status under 18 USC 924(c) and USSG 2K2.4(c) and 4B1.1(c) be prepared. The calculation will benefit the parties in coming to an agreement. The parties respectfully request that this Court order the Probation Office to produce a pre-plea guidelines calculation report in this case.

Mr. Mohtadi is in custody and is willing to waive time pursuant to the Speedy Trial Act in order for the pre-plea guidelines calculation report to be prepared.

The parties, through their respective counsel, hereby stipulate and agree that the change of plea hearing scheduled in this case for Thursday, August 9, 2012, be continued until Thursday, September 27, 2012. In addition, due to the need for defense counsel to prepare, the parties stipulate that the time period from the date of this stipulation, August 7, 2012, through and including, September 27, 2012, be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

The parties further agree that a pre-plea guidelines calculation report from the probation office will aid counsel in resolving the case.

A proposed order is attached and lodged separately for the court's convenience.

DATED:  August 14, 2012

DANIEL BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ERIC MOHTADI


BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
JASON HITT
Assistant U.S. Attorney
Attorney for United States

**ORDER**

For the reasons set forth in the stipulation of the parties, filed on August 14, 2012, IT IS HEREBY ORDERED that the change of plea hearing scheduled for Thursday, August 9, 2012, shall be continued until **Thursday, September 27, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 14, 2012 stipulation, the time from the date of the parties' stipulation, through and including September 27, 2012, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable

1

time to prepare defendant's defense taking into account the exercise of due diligence.

In addition, the Court further ORDERS the United States Probation Office to prepare and disclose to the parties a pre-plea guidelines calculation report under 18 USC 924(c) and USSG 2K2.4(c) and 4B1.1(c).

IT IS SO ORDERED.

Dated: August 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2