1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | Matthew C. Bockmon, Bar #161566
Assistant Federal Defender
3 | 801 I Street, 3rd. Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
ERIC MOHTADI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-CR-00530 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | ) |
| ERIC MOHTADI, | ) Date: January 10, 2013<br>) Time: 9:00 a.m.<br>) Judge: Morrison C. England, Jr. |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, ERIC MOHTADI, by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Friday, December 7, 2012, be continued to Thursday, January 10, 2013, at 9:00 a.m. The parties have conferred and agree that additional time is needed for the defense to finalize the plea agreement.

It is further stipulated that the time period from the date of this stipulation, December 3, 2012, through and including the date of the new status conference hearing, January 10, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

DATED: December 3, 2012

                DANIEL BRODERICK
                Federal Defender

                */s/ Matthew C. Bockmon*
                MATTHEW C. BOCKMON
                Assistant Federal Defender
                Attorney for Defendant
                ERIC MOHTADI


                BENJAMIN B. WAGNER
                United States Attorney

                */s/ Matthew C. Bockmon for*
                JASON HITT
                Assistant U.S. Attorney
                Attorney for United States


## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on December 3, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, December 7, 2012, be vacated and that the case be set for **Thursday, January 10, 2013, at 9:00 a.m.**  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 3, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, December 3, 2012, through and including January, 10, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

Dated: December 6, 2012

                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE